MARTIN O'LEARY, Respondent, *v.* STANDARD OIL COMPANY OF NEW YORK, Appellant.

(Argued October 17, 1934; decided November 20, 1934.)

*Henry B. Potter* and *Stafford Smith* for appellant.
*Matthew W. Wood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: LEHMAN and CROUCH, JJ.